**Order entered April 15, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01553-CV

**GERALLYNN LONGINO, Appellant**

**V.**

**WILLIAM EGAN, ET AL., Appellees**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-04279-2012**

## ORDER

The Court has before it appellee Collin County Constable Precinct 3's April 8, 2013 motion to dismiss appeal for want of prosecution due to failure of appellant to file her brief. The Court **DENIES** the motion. The Court also has before it appellant's April 10, 2013 motion to extend time to submit briefs for thirty days. The Court **GRANTS** the motion and **ORDERS** appellant to file her brief within thirty days of the date of this order. Failure to do so may result in dismissal of this case without further notice.

/s/     ELIZABETH LANG-MIERS
             JUSTICE